Thursday,
December 7.

UPJOHN v. THOMPSON.

ERROR to the *Decatur* Circuit Court.

*Per Curiam.*— Suit upon a note.. Pleas, the general issue and payment. Trial, and judgment for defendant. The case is here upon the weight of evidence. We can not reverse the judgment upon it.

The judgment is affirmed with costs.

DAVISON, J., having been concerned as counsel, was absent.

*A. Davison*, for the plaintiff.

*J. S. Scobey*, for the defendant.